# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18813-JKF

DAVID J. BOYCE
KAY M. BOYCE
2803 STANBRIDGE ST  APT B114

EAST NORRITON, PA 19401

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID J. BOYCE
    KAY M. BOYCE
    2803 STANBRIDGE ST  APT B114

    EAST NORRITON, PA 19401

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

                            /S/ William C. Miller

Date: 5/1/2017                  _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee