**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David J. Boyce<br>Kay M. Boyce | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | NO. 15-18813 JKF |
| vs. | | |
| David J. Boyce<br>Kay M. Boyce | Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq. | Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, ~~is of the opinion that said Motion should be granted. It is therefore~~ it is hereby:

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN:2T1BURHE1FC384970 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  18th  day of  May , 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

David J. Boyce
 2803 Stanbridge Street
Apt. B114
East Norriton, PA 19401

Kay M. Boyce
 2803 Stanbridge Street
Apt. B114
East Norriton, PA 19401

David B. Spitofsky, Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532