United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-18813-jkf
David J. Boyce    Chapter 13
Kay M. Boyce
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: May 18, 2017
                                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
db/jdb        +David J. Boyce,    Kay M. Boyce,    2803 Stanbridge Street,    Apt. B114,
           East Norriton, PA 19401-1652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
        DAVID B. SPITOFSKY    on behalf of Debtor David J. Boyce spitofskybk@verizon.net,
         spitofskylaw@verizon.net
        DAVID B. SPITOFSKY    on behalf of Joint Debtor Kay M. Boyce spitofskybk@verizon.net,
         spitofskylaw@verizon.net
        JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
         Lease Titling Trust mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
         Financial Services, Administrator For Honda Lease Trust mortonlaw.bcraig@verizon.net,
         mhazlett@mortoncraig.com
                                                                                                   TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  David J. Boyce<br>        Kay M. Boyce<br><br>                            Debtor(s) | | CHAPTER 13 |
| Toyota Lease Trust<br><br>        vs.                     Movant | | NO. 15-18813 JKF |
| David J. Boyce<br>Kay M. Boyce<br><br>                            Debtor(s) | | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><br>                            Trustee | | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, ~~is of the opinion that said Motion should be granted. It is therefore~~, it is hereby:

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN:2T1BURHE1FC384970 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  18th  day of  May , 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

David J. Boyce
 2803 Stanbridge Street
Apt. B114
East Norriton, PA 19401

Kay M. Boyce
 2803 Stanbridge Street
Apt. B114
East Norriton, PA 19401

David B. Spitofsky, Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532