IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID J. BOYCE | : | BK. No. 15-18813 JKF |
| KAY M. BOYCE | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| BANK OF AMERICA, N.A. | : | |
| Movant | : | |
| v. | : | |
| DAVID J. BOYCE | : | 11 U.S.C. §362 |
| KAY M. BOYCE | : | |
| Respondents | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 15th day of June, 2017, at **PHILADELPHIA**, upon Motion of **BANK OF AMERICA, N.A.** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 714 STONYBROOK DRIVE, NORRISTOWN, PA 19403(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

~~ORDERED that Rule 4001(a)(3) is not applicable and BANK OF AMERICA, N.A. may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

KAY M. BOYCE
714 STONYBROOK DRIVE
NORRISTOWN, PA 19403

DAVID B. SPITOFSKY, ESQUIRE
516 SWEDE STREET
NORRISTOWN, PA 19401

DAVID J. BOYCE
714 STONYBROOK DRIVE
NORRISTOWN, PA 19403

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107