United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18813-elf
David J. Boyce                                                            Chapter 13
Kay M. Boyce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2           Date Rcvd: Apr 16, 2019
                              Form ID: 138NEW          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb          #+David J. Boyce,    Kay M. Boyce,    2803 Stanbridge Street,    Apt. B114,
                  East Norriton, PA 19401-1652
cr              +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane,    #200,
                  Irving, TX 75063-2912
cr              +First Investors Servicing Corporation,    C/O Morton & Craig, LLC,   110 Marter Ave., Suite 301,
                  Moorestown, NJ 08057-3124
cr              +Hyundai Motor Finance, Administrator For Hyundai L,    P.O. Box 20829,
                  Fountain Valley, CA 92728-0829
13645464        +American Heritage FCU,    3110 Grant Avenue,    Philadelphia, PA 19114-2542
13645465        +Bank of America Home Loans,    7105 Corporate Drive,   Plano, TX 75024-4100
13727825         Bank of America, N.A.,    PO Box 31785,   Tampa, FL, 33631-3785
13645466        +Barclays Bank Delaware,    125 South West Street,   Wilmington, DE 19801-5014
13645467        +Best Buy/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
13645471         Credit First Natl. Assn.,    P.O. Box 81315,   Cleveland, OH 44181-0315
13645460        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                  Norristown, PA 19401-4807
13721587        +Emerg Care Serv of Pa,P.C.,    6681 Country Club Drive,   Golden Valley MN 55427-4601
14247953        +First Investors Servicing Corporation,    c/o WIlliam E. Craig, Esq.,    Morton & Craig, LLC,
                  110 Marter Ave,   Suite 301,   Moorestown, NJ 08057-3125
13645476        +Macy's,   P.O. Box 8218,   Mason, OH 45040-8218
13645478        +Norristown Bell Credit Union,    1407 Erbs Mill Road,   Blue Bell, PA 19422-3581
13725824        +Stonybrook Condominium Association,    c/o Penco Management,    PO Box 119,
                  Chadds Ford, PA 19317-0119
13645480        +Stonybrook Condominium Association,    c/o Penco Management,    P.O. Box 1119,
                  Chadds Ford, PA 19317-0658
13645484        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp.,    5005 N. River Boulevard NE,
                  Cedar Rapids, IA 52411)
13668029        +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
                  ADDISON, TEXAS 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:17:13     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:33
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:54     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:44     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13654250         E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2019 03:16:42
                  American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, TX 75016-8088,   866-716-6441
13667857         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:24
                  Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13645468         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:00
                  Capital One Bank USA, N.A.,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
13728284        +E-mail/Text: bncmail@w-legal.com Apr 17 2019 03:16:43     Cerastes, LLC,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13645469        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:11     Comenity Bank/Haband,
                  P.O. Box 182120,   Columbus, OH 43218-2120
13645470        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:11     Comenity Capital Bank,
                  P.O. Box 182120,   Columbus, OH 43218-2120
13645463        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 17 2019 03:16:36     Frederic J. Baker, Esquire,
                  Office of U.S. Trustee,   833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13645472        +E-mail/Text: bankruptcy@genisyscu.org Apr 17 2019 03:17:20     Genisys Credit Union,
                  2100 Executive Hills Boulevard,    Auburn Hills, MI 48326-2947
13645473        +E-mail/Text: bkynotice@harvardcollect.com Apr 17 2019 03:17:59     Harvard Collection Service,
                  4839 N. Elston Avenue,   Chicago, IL 60630-2589
13645475        +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 17 2019 03:17:20     Hyundai Finance,
                  P.O. Box 20835,   Fountain Valley, CA 92728-0835
13729225        +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 17 2019 03:17:20
                  Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
13722946         E-mail/Text: bkr@cardworks.com Apr 17 2019 03:15:50     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13705034        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2019 03:16:35     MIDLAND FUNDING LLC,
                  PO BOX 2011,   WARREN, MI 48090-2011
13645477        +E-mail/Text: bkr@cardworks.com Apr 17 2019 03:15:50     Merrick Bank,   P.O. Box 1500,
                  Draper, UT 84020-1500

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Apr 16, 2019
                              Form ID: 138NEW          Total Noticed: 45
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13645479       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2019 03:16:06      PECO Energy Company,
                 N3-2, Accounts Receivable Grp,    2301 Market Street,    Philadelphia, PA 19103-1338
13669962       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2019 03:16:06      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13672663        E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2019 03:16:16
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13672662        E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2019 03:16:16
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13649547        E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2019 03:21:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13645481       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:22      Synchrony Bank,   P.O. Box 965005,
                 Orlando, FL 32896-5005
13645482       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:44      Synchrony Bank/Sleepys,
                 P.O. Box 965036,    Orlando, FL 32896-5036
13645483       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:58      Synchrony Bank/Walmart,
                 P.O. Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13645474*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Honda Financial Services,    P.O. Box 65507,
                 Wilmington, DE 19808-0507)
13645461*      +David J. Boyce,   2803 Stanbridge Street,   Apt. B114,   East Norriton, PA 19401-1652
13645462*      +Kay M. Boyce,   2803 Stanbridge Street,    Apt. B114,   East Norriton, PA 19401-1652
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor David J. Boyce spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          DAVID B. SPITOFSKY    on behalf of Joint Debtor Kay M. Boyce spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          JEROME B. BLANK    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Hyundai Motor Finance, Administrator For Hyundai
           Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
           Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   First Investors Servicing Corporation
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David J. Boyce and Kay M. Boyce
      Debtor(s)

Bankruptcy No: 15−18813−elf
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                For The Court
                                                Timothy B. McGrath
                                                Clerk of Court

Dated: 4/16/19

                                                                       78 − 77
                                                                   Form 138_new