```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                    Case No. 15-18813-elf
David J. Boyce                                            Chapter 13
Kay M. Boyce
         Debtors                  CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2              Date Rcvd: May 10, 2019
                             Form ID: 3180W           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb         #+David J. Boyce,   Kay M. Boyce,   2803 Stanbridge Street,   Apt. B114,
                 East Norriton, PA 19401-1652
13645460       +David B. Spitofsky, Esquire,   Law Office of David B. Spitofsky,   516 Swede Street,
                 Norristown, PA 19401-4807
13721587       +Emerg Care Serv of Pa,P.C.,   6681 Country Club Drive,   Golden Valley MN 55427-4601
13725824       +Stonybrook Condominium Association,   c/o Penco Management,   PO Box 119,
                 Chadds Ford, PA 19317-0119
13668029       +Toyota Lease Trust,   c/o TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 9013,
                 ADDISON, TEXAS 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 11 2019 02:12:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2019 02:11:37
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 11 2019 02:11:56    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,  615 Chestnut Street,   Philadelphia, PA 19106-4404
13654250        EDI: HNDA.COM May 11 2019 06:08:00    American Honda Finance Corporation,
                 National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088,   866-716-6441
13727825        EDI: BANKAMER.COM May 11 2019 06:08:00    Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL, 33631-3785
13667857        EDI: CAPITALONE.COM May 11 2019 06:08:00    Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
13728284       +E-mail/Text: bncmail@w-legal.com May 11 2019 02:11:50    Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13645472       +E-mail/Text: bankruptcy@genisyscu.org May 11 2019 02:12:17    Genisys Credit Union,
                 2100 Executive Hills Boulevard,   Auburn Hills, MI 48326-2947
13729225       +EDI: HY11.COM May 11 2019 06:08:00    Hyundai Lease Titling Trust,   PO Box 20809,
                 Fountain Valley, CA 92728-0809
13722946        EDI: MERRICKBANK.COM May 11 2019 06:08:00    MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
13705034       +EDI: MID8.COM May 11 2019 06:08:00    MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
13669962       +E-mail/Text: bankruptcygroup@peco-energy.com May 11 2019 02:11:25    PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13672663        EDI: Q3G.COM May 11 2019 06:08:00    Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13672662        EDI: Q3G.COM May 11 2019 06:08:00    Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                 Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin                Page 2 of 2               Date Rcvd: May 10, 2019
                              Form ID: 3180W             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor David J. Boyce spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          DAVID B. SPITOFSKY    on behalf of Joint Debtor Kay M. Boyce spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
           Lease Titling Trust ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
           Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    First Investors Servicing Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David J. Boyce** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8190 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kay M. Boyce** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9006 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **15–18813–elf** | | |

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David J. Boyce                                              Kay M. Boyce

5/9/19                                              **By the court:**    Eric L. Frank
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**